UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PATRICK MOONEY,<br><br>    Petitioner,<br><br>    v.<br><br>FRED FOULK,<br><br>    Respondent. | Case No. 14-cv-00842-WHO (PR)<br><br>**ORDER STAYING PETITION** |

Petitioner Mooney moves to stay his federal habeas petition while he exhausts some claims in state court. (Docket No. 3.)

A district court may stay a mixed habeas petition, i.e., a petition containing both exhausted and unexhausted claims, to allow the petitioner to exhaust state court remedies as to those claims that have not yet been presented to the state's highest court. *See Rhines v. Webber*, 544 U.S. 269, 277–78 (2005). In *Rhines*, the Supreme Court discussed the stay-and-abeyance procedure, explaining that a stay and abeyance "is only appropriate when the district court determines there was good cause for the petitioner's failure to exhaust his claims first in state court," the claims are not meritless, and there are no intentionally dilatory litigation tactics by the petitioner. *Id.* If the stay is granted, the petitioner does not have to worry that his newly-exhausted claims will be barred by the statute of limitations because those claims remain pending in federal court. *King v. Ryan*,

1   564 F.3d 1133, 1139, 1140 (9th Cir. 2009).

2       Mooney's motion is GRANTED, good cause appearing therefor.  Nothing further
3   will take place in this action until the Court decides further action is appropriate, or until
4   petitioner Mooney exhausts the unexhausted claims and, within thirty days of doing so,
5   moves both to reopen this action and to lift the stay.

6       For the foregoing reasons, the above-titled action is hereby STAYED until Mooney
7   files a motion to reopen as described above.

8       His application to proceed *in forma pauperis* (Docket No. 5) is GRANTED.

9       The Clerk shall ADMINISTRATIVELY CLOSE the file until the stay is dissolved,
10  and terminate Docket Nos. 3 and 5.

11  **IT IS SO ORDERED.**

12  **Dated:**  June 23, 2014

                                              WILLIAM H. ORRICK
                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SEAN PATRICK MOONEY,

        Plaintiff,

  v.

FRED FOULK et al,

        Defendant.

Case Number: CV14-00842 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Sean Patrick Mooney AC-8736
High Desert State Prison
Cell B4-120
P.O. Box 3030
Susanville, CA 96127-3030

Dated: June 23, 2014

                                             Richard W. Wieking, Clerk
                                             By: Jean Davis, Deputy Clerk